David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

**NOTICE OF PROPOSED AMENDMENTS
TO ALTERNATIVE DISPUTE RESOLUTION PLAN**

The United States District Court for the District of Rhode Island hereby gives notice that proposed amendments to the Court's Alternative Dispute Resolution Plan ("ADR Plan Amendments") are being considered for adoption.

The Court invites public comment on the proposed ADR Plan Amendments.

Copies of the proposed ADR Plan Amendments may be obtained from the Court's website at **www.rid.uscourts.gov**. The Amendments are also available for inspection at the Clerk's Office, United States District Court, One Exchange Terrace, Providence, RI 02903.

Comments may be submitted, in writing, **no later than Monday, January 31, 2006**, via e-mail to **ADRComments@rid.uscourts.gov** or to the Clerk's Office at the above address.

November 30, 2005

DAVID A. DiMARZIO
CLERK OF COURT