**Paulette Dube**

**From:** ADRComments
**Sent:** Thursday, January 26, 2006 5:06 PM
**To:** David DiMarzio; Paulette Dube
**Subject:** FW: Proposed Amendments to Alternative Dispute Resolution (ADR) Plan, D.R.I.

-----Original Message-----
From: Florence_Pagano@ca1.uscourts.gov [mailto:Florence_Pagano@ca1.uscourts.gov]
Sent: Thursday, January 26, 2006 11:34 AM
To: David DiMarzio; ADRComments
Cc: Gary_Wente@ca1.uscourts.gov; Susan_Goldberg@ca1.uscourts.gov
Subject: Proposed Amendments to Alternative Dispute Resolution (ADR) Plan, D.R.I.

Dave:

I hope all has been well.

I have reviewed the proposed amendments to your court's ADR Plan and have just one question: Is the district judge who reviews complaints against ADR providers, as specified in Section VI, D, 3, at p. 5, the same judge who will preside over the case if arbitration/mediation is not successful (which would be likely if there is a complaint against the provider)? If so, it would seem difficult for the judge to investigate allegations of wrongdoing by the ADR provider while preserving the impartiality of the arbitration process provided for by the confidentiality requirements of Sections VIII and IX, at. p. 7. (Eg., "Panel members must not disclose to or discuss with anyone, including the designated judge, any information relating to the ADR proceedings unless the parties specifically authorize disclosure" (emphasis added).) If the judges who perform these two roles - review a complaint against the provider and preside over the case - are different, perhaps that should be stated?

Also, the first sentence of Section A on p. 9 should state: "The court develops and maintains . . . ," and a period is required at the end of footnote 1 on the same page.

Thanks very much.

Sincerely,

Florence
ACE, Legal Affairs
617-748-9376